IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 14-cv-01729-RBJ-MEH

ALLEEN [a.k.a. "ALLIE"] YOUNG,

    Plaintiff,

CINEMARK HOLDINGS INC., a Delaware corporation; CINEMARK USA, INC., a Texas Corporation; and CENTURY THEATRES, INC., a California corporation,

    Defendants.

---

ORDER GRATING PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE

---

This matter comes before the Court on Plaintiff's Unopposed Motion to Consolidate. The Court, having reviewed the Motion and being otherwise advised in the premises, **FINDS** good cause for consolidation of this case with the related cases for purposes of discovery and motions practice. Accordingly, the Court **GRANTS** the Motion and **ORDERS** that this case be consolidated with the following cases for purposes of discovery and motions practice: *Traynom and Axelrod*, 1:12-cv-0514; *Nowlan*, 1:12-cv-02517; *Rosborough, Lumba, Briscoe, Hoover, Boik and Duran*, 1:12-cv-02687; *Jackson,* 1:12-cv-02704; *Medek*, 1:12-cv-2705; *Sullivan,* 1:12-cv-2900; *Spruel,* 1:13-cv-00045; *Gravelly*, 1:13-cv-0046; *Johnson and Sweeney*, 1:13-cv-00114; *Golditch*, 1:13-cv-01842; *Moser*, 1:13-cv-01995; *Brooks,* 1:13-cv-02060; and, *Larimer*, 1:13-cv-02239, *Gallup,* 1:13-cv-02988; *Brooke Cowden, Kristian Cowden and Weston Cowden,* 1:13-cv-02992, and *Stefan Moton,* 1:13-cv-3316.

2

All motions, notices, and other filings related to the consolidated action shall be filed in the lowest-numbered case, *Axelrod*, 1:12-cv-02514. Orders issued therein shall constitute the law of the case, applicable to all of the related cases consolidated through this order. Also, orders issued in *Axelrod*, 1:12-cv-02514, prior to the date of this Order will apply equally to Plaintiff Allie Young.

DATED this 24th day of June, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge